Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VERIDIAN CREDIT UNION, on behalf of itself and a class of similarly situated financial institutions,<br><br>  Plaintiff,<br>v.<br><br>EDDIE BAUER LLC,<br><br>  Defendant. | No. 2:17-cv-00356-JLR<br><br>[PROPOSED] ORDER  *IN PART*<br>GRANTING DEFENDANT<br>LEAVE TO FILE AN OVER-<br>LENGTH MOTION TO DISMISS |

*JLR*

THIS MATTER having been brought duly and regularly before the undersigned Judge of the above-entitled Court, upon Defendant's Motion for Leave to File an Over-Length Motion, and the Court having reviewed the following documents:

1. Defendant's Motion for Leave to File Over-Length Motion;

2. _____ ;

3. _____ ; and

4. _____ ;

and the Court being fully advised in all matters does herewith,

**ORDER, ADJUDGE, AND DECREE** that Defendant's Motion for Leave to File an Over-Length Motion is GRANTED *in part*.

*JLR*

It is further, **ORDER, ADJUDGE, AND DECREE** Defendant is permitted to file a motion to dismiss Plaintiff's complaint not to exceed ~~34~~ 28 pages. Plaintiff's response is subject to the same page limit. See Local Rules W.D. Wash LCR 7(f)(4).

*JLR*

/
/

---

ORDER GRANTING DEFENDANT LEAVE TO FILE AN OVER-LENGTH
MOTION TO DISMISS- 1
USDC WD WA NO. 2:17-cv-00356-JLR

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4815-4922-6567.1

DATED: April 21, 2017

_____
JUDGE JAMES L. ROBART

Presented by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Kathleen A. Nelson*
Kathleen A. Nelson, WSBA No. 22826

*/s/ Sarah E. Demaree*
Sarah E. Demaree, WSBA No. 49624

*/s/ Jon P. Kardassakis*
Jon P. Kardassakis, CSBA No. 90602

*/s/ Dyanne J. Cho*
Dyanne J. Cho, CSBA No. 306190
Attorneys for Defendant

ORDER GRANTING DEFENDANT LEAVE TO FILE AN OVER-LENGTH MOTION TO DISMISS- 2
USDC WD WA NO. 2:17-cv-00356-JLR

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4815-4922-6567.1