Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VERIDIAN CREDIT UNION, on behalf of itself and a class of similarly situated financial institutions,<br><br>Plaintiff,<br>v.<br>EDDIE BAUER LLC,<br><br>Defendant. | No. 2:17-cv-00356-JLR<br><br>[PROPOSED] ORDER GRANTING DEFENDANT LEAVE TO FILE AN OVER-LENGTH MOTION |

THIS MATTER having been brought duly and regularly before the undersigned Judge of the above-entitled Court, upon Defendant's Motion for Leave to File an Over-Length Motion, and the Court having reviewed the following documents:

1. Defendant's Motion for Leave to File Over-Length Motion;

2. _____;

3. _____; and

4. _____;

and the Court being fully advised in all matters does herewith,

**ORDER, ADJUDGE, AND DECREE** that Defendant's Motion for Leave to File an Over-Length Motion is GRANTED.

It is further **ORDERED, ADJUDGED, AND DECREED** that Defendant is permitted to file a motion to dismiss Plaintiff's Amended Complaint, not to exceed 30 pages. Plaintiff's response is subject to the same page limit. See Local Rules W.D. Wash. LCR 7(f)(4).

ORDER GRANTING DEFENDANT LEAVE TO FILE AN OVER-LENGTH MOTION- 1
USDC WD WA NO. 2:17-cv-00356-JLR

4833-1221-4090.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

DATED: 9 June 2017

_____
JUDGE JAMES L. ROBART

Presented by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Kathleen A. Nelson
Kathleen A. Nelson, WSBA No. 22826

/s/ Sarah E. Demaree
Sarah E. Demaree, WSBA No. 49624

/s/ Jon P. Kardassakis
Jon P. Kardassakis, CSBA No. 90602

/s/ Dyanne J. Cho
Dyanne J. Cho, CSBA No. 306190
Attorneys for Defendant

ORDER GRANTING DEFENDANT LEAVE TO FILE AN OVER-LENGTH MOTION- 2
USDC WD WA NO. 2:17-cv-00356-JLR

4833-1221-4090.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020