THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERIDIAN CREDIT UNION, on behalf of itself and a class of similarly situated financial institutions,<br><br>Plaintiff,<br><br>v.<br><br>EDDIE BAUER LLC,<br><br>Defendant. | NO. 2:17-cv-00356 (JLR)<br><br>STIPULATED MOTION PURSUANT TO LCR 7(d)(1) TO ALTER CLASS CERTIFICATION SCHEDULE AND ORDER<br><br>NOTING DATE: July 20, 2017 |

Pursuant to LCR 7(d)(1), Plaintiff Veridian Credit Union ("Veridian") and Defendant Eddie Bauer LLC ("Eddie Bauer"), respectfully move this Honorable Court to alter the class certification schedule.

Pursuant to LCR 23, Veridian is required to file its motion for class certification within 180-days after filing its class action complaint "unless otherwise ordered by the Court." As such, the current deadline for Veridian's class certification motion is September 3, 2017.

Under the current class certification deadline, the parties will have an extremely limited opportunity to conduct discovery prior to Veridian's motion for class certification. Indeed, Eddie Bauer has requested the Court to stay discovery pending the resolution of its motion to dismiss.

The parties discussed the challenges this timeline creates during the scheduling conference with the Court on July 13, 2017. Following the conference, the Court directed the

STIPULATED MOTION PURSUANT TO LCR 7(d)(1) TO
ALTER CLASS CERTIFICATION SCHEDULE - 1
USDC WD WA NO. 2:17-cv-00356-JLR

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
T. (206) 682-5600

1. parties "to confer and provide the court with a reasonable class certification schedule. Absent a motion from the parties in the next seven days, the court will enter its Scheduling Order Regarding Class Certification Motion setting a deadline of August 7, 2017, for discovery on class certification, and a deadline of September 7, 2017, to file the motion for class certification." (Dkt. 47).

2. Pursuant to the Court's July 13, 2017 Minute Entry, the parties have conferred and jointly move the Court to set a deadline of November 30, 2017 for Veridian to file its motion for class certification.

DATED this 20th day of July, 2017.

TOUSLEY BRAIN STEPHENS PLLC

By: /s/ Kim D. Stephens
    Kim D. Stephens, WSBA #11984
    kstephens@tousley.com

By: /s/ Chase C. Alvord
    Chase C. Alvord, WSBA #26080
    calvord@tousley.com
    1700 Seventh Avenue, Suite 2200
    Seattle, Washington 98101
    Telephone: 206.682.5600
    Fax: 206.682.2992

Joseph P. Guglielmo
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com

Erin G. Comite
Stephen J. Teti
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
ecomite@scott-scott.com
steti@scott-scott.com

STIPULATED MOTION PURSUANT TO LCR 7(d)(1) TO ALTER CLASS CERTIFICATION SCHEDULE - 2
USDC WD WA NO. 2:17-cv-00356-JLR

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
T. (206) 682-5600

|   |   |
|---|---|
| 1 |  |
| 2 | Gary F. Lynch |
|   | CARLSON LYNCH SWEET KILPELA |
|   | & CARPENTER, LLP |
| 3 | 1133 Penn Avenue, 5th floor |
|   | Pittsburg, PA 15212 |
| 4 | Telephone: (412) 322-9243 |
|   | Facsimile: (412) 231-0246 |
| 5 | glynch@carlsonlynch.com |

Gary F. Lynch
CARLSON LYNCH SWEET KILPELA
& CARPENTER, LLP
1133 Penn Avenue, 5th floor
Pittsburg, PA 15212
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
glynch@carlsonlynch.com

Karen H. Riebel
Kate Baxter-Kauf
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
khriebel@locklaw.com
kmbaxter@locklaw.com

Arthur M. Murray
MURRAY LAW FIRM
650 Poydras St., Suite 2150
New Orleans, LA 70130
Telephone: (504) 525-8100
Facsimile: (504) 284-5249
amurray@murray-lawfirm.com

Brian C. Gudmundson
ZIMMERMAN REED, LLP
1100 IDS Center, 80 South 8th St.
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
brian.gudmundson@zimmreed.com

Bryan L. Bleichner
CHESTNUT CAMBRONNE PA
17 Washington Avenue North, Suite 300
Minneapolis, MN 55401
Telephone: (612) 339-7300
Facsimile: (612) 336-2921
bbleichner@chestnutcambronne.com

***Attorneys for Plaintiff Veridian Credit Union***

///

///

///

STIPULATED MOTION PURSUANT TO LCR 7(d)(1) TO
ALTER CLASS CERTIFICATION SCHEDULE - 3
USDC WD WA NO. 2:17-cv-00356-JLR

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
T. (206) 682-5600

1  IT IS SO ORDERED.   The deadline for plaintiff to file their class certification motion is

2  November 30, 2017.

Dated 24th day of July, 2017

_____
James L. Robart
UNITED STATES DISTRICT JUDGE

The deadline to complete discovery on class certification is October 30, 2017. This deadline should not be construed as a bifurcation of discovery. /JLR/

STIPULATED MOTION PURSUANT TO LCR 7(d)(1) TO
ALTER CLASS CERTIFICATION SCHEDULE - 4
USDC WD WA NO. 2:17-cv-00356-JLR

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
T. (206) 682-5600