THE HONORABLE JAMES L. ROBART

1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VERIDIAN CREDIT UNION, on behalf of
itself and a class of similarly situated financial
institutions,

                Plaintiff,

v.

EDDIE BAUER LLC,

                Defendant.

NO. 2:17-cv-00356 (JLR)
[and Order]

STIPULATED MOTION TO ALTER
CLASS CERTIFICATION SCHEDULE

NOTE ON MOTION CALENDAR:
October 16, 2017

15    Pursuant to LCR 7(d)(1), Plaintiff Veridian Credit Union ("Veridian") and Defendant

16 Eddie Bauer LLC ("Eddie Bauer"), respectfully move this Honorable Court to alter the class

17 certification schedule.

18    Pursuant to the Court's July 31, 2017 Amended Scheduling Order Regarding Class

19 Certification (ECF No. 58), discovery is to be completed by October 30, 2017 and Veridian is

20 required to file its motion for class certification by November 30, 2017.

21    On August 24, 2017, the parties submitted a Stipulation and Proposed Order regarding

22 discovery of electronically stored information (ECF No. 62), which the Court signed on August

23 25, 2017 (ECF No. 63).

24    The parties have worked cooperatively to complete ESI discovery and meet the deadlines

25 set by the Amended Scheduling Order. Eddie Bauer made an initial production of documents

26 consisting of the PCI Attestation of Compliance for Onsite Assessments- Merchants; the PCI

27

1    Report on Compliance for Eddie Bauer; and the Final PFI Report by Verizon Risk Team. Eddie

2    Bauer's counsel has represented that in addition to these documents, it has searched for

3    documents responsive to Plaintiff's First Requests for Production of Documents and has

4    identified approximately 250,000 documents potentially relevant documents from a universe of

5    approximately 1.25 million documents. The process to review and produce documents has been

6    ongoing for the past month and Eddie Bauer estimates that it will begin producing these

7    documents immediately and will continue such production of a rolling basis with productions of

8    approximately 2,200 documents made each week from a population of responsive documents of

9    about 6,500, the difference being responsive but privileged documents. Based on counsel for

10   Eddie Bauer's estimation, if the analytic solutions recently developed are as effective as

11   sampling suggests they will be, the production of responsive documents should be complete by

12   early November. If the analytic solutions are not as effective as anticipated, production will

13   continue until the latter part of November.

14        The parties further understand that Plaintiff will seek certain depositions once it has

15   reviewed the documents and believe that such depositions can take place in January and

16   February.

17        To this end, Eddie Bauer agreed to provide Veridian a Declaration regarding Eddie

18   Bauer's ESI efforts by Monday, October 9, 2017.

19        Unfortunately, wildfires in Northern California have delayed Eddie Bauer's ability to

20   meet the current schedule by threatening Eddie Bauer's eDiscovery liaison, who resides in the

21   wildfires' voluntary evacuation zone and near several large active fires, including the Tubbs

22   Fire.

23        The parties agree that based on the time needed to identify, review and produce

24   responsive documents and to take necessary depositions, the deadlines to complete discovery

25   and to move for class certification should be extended.

26

27

STIPULATED MOTION TO ALTER CLASS
CERTIFICATION SCHEDULE - 2
USDC WD WA NO. 2:17-cv-00356-JLR

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
T. (206) 682-5600

1  Therefore, the parties, having conferred on these dates, jointly move the Court to reset

2  the following deadlines:

3  - Discovery relating to Plaintiff's class certification motion to be completed by

4  February 27, 2017; and

5  - Plaintiff's Motion for class certification due by April 25, 2018.

6  The parties request a telephone conference to discuss their request for an extension.

7  DATED this 16th day of October, 2017.

8

| TOUSLEY BRAIN STEPHENS PLLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: /s/ Kim D. Stephens<br>By: /s/ Chase C. Alvord | By: /s/ Kathleen A. Nelson |
| Kim D. Stephens, WSBA #11984<br>kstephens@tousley.com | By: /s/ Sarah E. Demaree |
| Chase C. Alvord, WSBA #26080<br>calvord@tousley.com | Kathleen A. Nelson, WSBA #22826<br>Email: Kathleen.nelson@lewisbrisbois.com<br>Email: sarah.demaree@lewisbrisbois.com |
| 1700 Seventh Avenue, Suite 2200<br>Seattle, Washington 98101<br>Telephone: 206.682.5600<br>Fax: 206.682.2992 | 1111 Third Avenue, Suite 2700<br>Seattle, Washington 98101 |
| Joseph P. Guglielmo<br>SCOTT+SCOTT, ATTORNEYS AT LAW<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: (212) 223-6444<br>Facsimile: (212) 223-6334<br>jguglielmo@scott-scott.com | Gordon Calhoun<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>333 Bush Street<br>San Francisco, California 94104<br>(213) 680-5141<br>Email: Gordon.calhoun@lewisbrisbois.com |
| Erin G. Comite<br>Stephen J. Teti<br>SCOTT+SCOTT, ATTORNEYS AT LAW<br>P.O. Box 192<br>Colchester, CT 06415<br>Telephone: (860) 537-5537<br>Facsimile: (860) 537-4432<br>ecomite@scott-scott.com<br>steti@scott-scott.com | Dyanne Cho<br>Jon P. Kardassakis<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>633 W. 5th Street, Ste. 4000<br>Los Angeles, California 90071<br>(213) 250-1800<br>Email: dyanne.cho@lewisbrisbois.com<br>Email: jon.karsassakis@lewisbrisbois.com |
| Gary F. Lynch | ***Attorneys for Defendant Eddie Bauer*** |

STIPULATED MOTION TO ALTER CLASS
CERTIFICATION SCHEDULE - 3
USDC WD WA NO. 2:17-cv-00356-JLR

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
T. (206) 682-5600

| | |
|---|---|
| 1 | Kevin Tucker |
| 2 | CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP |
| 3 | 1133 Penn Avenue, 5th floor Pittsburg, PA 15212 |
| 4 | Telephone: (412) 322-9243 Facsimile: (412) 231-0246 |
| 5 | glynch@carlsonlynch.com ktucker@carlsonlynch.com |
| 6 | |
| 7 | Karen H. Riebel Kate Baxter-Kauf |
| 8 | LOCKRIDGE GRINDAL NAUEN P.L.L.P. 100 Washington Avenue S., Suite 2200 |
| 9 | Minneapolis, MN 55401 Telephone: (612) 339-6900 |
| 10 | Facsimile: (612) 339-0981 |
| 11 | khriebel@locklaw.com kmbaxter@locklaw.com |
| 12 | |
| 13 | Arthur M. Murray MURRAY LAW FIRM |
| 14 | 650 Poydras St., Suite 2150 New Orleans, LA 70130 |
| 15 | Telephone: (504) 525-8100 Facsimile: (504) 284-5249 |
| 16 | amurray@murray-lawfirm.com |
| 17 | Brian C. Gudmundson |
| 18 | ZIMMERMAN REED, LLP 1100 IDS Center, 80 South 8th St. |
| 19 | Minneapolis, MN 55402 Telephone: (612) 341-0400 |
| 20 | Facsimile: (612) 341-0844 brian.gudmundson@zimmreed.com |
| 21 | |
| 22 | Bryan L. Bleichner CHESTNUT CAMBRONNE PA |
| 23 | 17 Washington Avenue North, Suite 300 Minneapolis, MN 55401 |
| 24 | Telephone: (612) 339-7300 Facsimile: (612) 336-2921 |
| 25 | bbleichner@chestnutcambronne.com |
| 26 | |
| 27 | |

STIPULATED MOTION TO ALTER CLASS
CERTIFICATION SCHEDULE - 4
USDC WD WA NO. 2:17-cv-00356-JLR

*Attorneys for Plaintiff Veridian Credit Union*

IT IS SO ORDERED

Dated this 17th day of October, 2017.

_____
James L. Robart
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO ALTER CLASS
CERTIFICATION SCHEDULE - 5
USDC WD WA NO. 2:17-cv-00356-JLR

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
T. (206) 682-5600