Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VERIDIAN CREDIT UNION, on behalf of itself and a class of similarly situated financial institutions,<br><br>                       Plaintiff,<br>v.<br>EDDIE BAUER LLC,<br><br>                       Defendant. | No. 2:17-cv-00356-JLR<br><br>STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br>**December 7, 2017** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Plaintiff and Defendant respectfully request that the Court continue Defendant's deadline to answer the Second Amended Class Action Complaint in this matter to December 21, 2017. Good cause exists to grant this Motion as the purpose of this continuance is to allow Defendant to meaningfully investigate and prepare to defend Plaintiff's claim and to facilitate potential resolution of the dispute. .

////

///

//

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE - 1
USDC WD WA NO. 2:17-cv-00356-JLR

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4833-2061-3976.1

DATED: December 6, 2017       LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *Kathleen A. Nelson*
Kathleen A. Nelson, WSBA No. 22826

/s/ *Sarah E. Demaree*
Sarah E. Demaree, WSBA No. 49624

/s/ *Jon P. Kardassakis*
Jon P. Kardassakis, CSBA No. 90602

/s/ *Dyanne J. Cho*
Dyanne J. Cho, CSBA No. 306190

/s/ *Gordon J. Calhoun*
Gordon J. Calhoun, CSBA No. 84509

1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Phone (206) 436-2020
Fax (206) 436-2030
E-mail: kathleen.nelson@lewisbrisbois.com
sarah.demaree@lewisbrisbois.com
dyanne.cho@lewisbrisbois.com
jon.kardassakis@lewisbrisbois.com
gordon.calhoun@lewisbrisbois.com
Attorneys for Defendant

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE - 2
USDC WD WA NO. 2:17-cv-00356-JLR

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4833-2061-3976.1

TOUSLEY BRAIN STEPHENS PLLC

*/s/ Kim D. Stephens*
Kim D. Stephens, WSBA No. 11984

*/s/ Chase C. Alvord*
Chase C. Alvord, WSBA No. 26080

*/s/ Kevin W. Tucker*
Kevin W. Tucker, *pro hac vice*

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo, *pro hac vice*

*/s/ Erin G. Comite*
Erin G. Comite, *pro hac vice*

*/s/ Gary F. Lynch*
Gary F. Lynch, *pro hac vice*

*/s/ Karen H. Riebel*
Karen H. Riebel, *pro hac vice*

*/s/ Kate Baxter-Kauf*
Kate Baxter-Kauf, *pro hac vice*

*/s/ Bryan L. Bleichner*
Bryan L. Bleichner, *pro hac vice*

1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Phone (206) 667-0240
Fax (206) 682-2992
E-mail:  kstephens@tousley.com
         calvord@tousley.com
         ktucker@carlsonlynch.com
         jguglielmo@scott-scott.com
         ecomite@scott-scott.com
         glynch@carlsonlynch.com
         khriebel@locklaw.com
         kmbaxter-kauf@locklaw.com
         bbleichner@chestnutcambronne.com
Attorneys for Plaintiff

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE - 3
USDC WD WA NO. 2:17-cv-00356-JLR

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4833-2061-3976.1

IT IS SO ORDERED

Done in open court this 7th day of December, 2017.

_____
Judge James L. Robart

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE - 4
USDC WD WA NO. 2:17-cv-00356-JLR

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4833-2061-3976.1