UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERIDIAN CREDIT UNION,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>EDDIE BAUER LLC,<br><br>　　　　　　Defendant. | CASE NO. C17-0356JLR<br><br>ORDER STRIKING MOTION TO COMPEL DISCOVERY |

Before the court is Plaintiff Veridian Credit Union's ("Veridian") motion to compel Defendant Eddie Bauer LLC ("Eddie Bauer") to respond to Veridian's First Set of Requests for Production. (Mot. (Dkt. # 74).) Veridian filed that motion without first requesting a conference with the court. (*See* Dkt.) The motion therefore contravenes the court's amended scheduling order regarding class certification. (*See* Amended Sched. Order (Dkt. # 58) at 2 (citing Fed. R. Civ. P. 16(b)(3)(B)(v)) ("[P]ursuant to Federal Rule of Civil Procedure 16, the Court 'direct[s] that before moving for an order relating to discovery, the movant must request a conference with the court' by notifying [the

ORDER - 1

courtroom deputy] . . . ." (second alteration in original))); *see also* Fed. R. Civ. P. 16(b)(3)(B)(v) (permitting the court, in its scheduling order, to "direct that before moving for an order relating to discovery, the movant must request a conference with the court"). The court therefore STRIKES Veridian's motion to compel (Dkt. # 74) without prejudice to refiling the motion in a manner that comports with the court's scheduling order.

Dated this 2nd day of February, 2018.

JAMES L. ROBART
United States District Judge