The Honorable James L. Robert

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10

VERIDIAN CREDIT UNION, on behalf of
itself and a class of similarly situated financial
institutions,

NO. 2:17-cv-00356 (JLR)

11

Plaintiff,

*(and Order)*
STIPULATED MOTION TO
ESTABLISH NEW CLASS
DISCOVERY DEADLINE AND CLASS
CERTIFICATION SCHEDULE

12

v.

13

EDDIE BAUER LLC,

Defendant.

14

NOTE ON MOTION CALENDAR:
February 8, 2018

15

16         Pursuant to LCR 7(d)(1), Plaintiff Veridian Credit Union ("Veridian") and Defendant

17  Eddie Bauer LLC ("Eddie Bauer"), respectfully move this Honorable Court to alter the class

18  certification schedule for the following reasons.

19         Pursuant to the Court's October 17, 2017 Order to Alter Class Certification Schedule

20  (ECF No. 66), discovery relating to Veridian's class certification motion was to be completed

21  by February 27, 2018 and Veridian is required to file its motion for class certification by April

22  25, 2018. However, Eddie Bauer's production was delayed leading to several meet and confers

23  and the filing of a motion to compel by plaintiffs (Dkt #74).

24         The parties have recently resolved their discovery dispute that was the subject of

25  Veridian's Motion to Compel and the Court's Order Denying that Motion Without Prejudice

26  (Dkt #75). Eddie Bauer is now substantially complete with its production, but has agreed to

27

STIPULATED MOTION TO ALTER CLASS CERTIFICATION
SCHEDULE - 1
USDC WD WA NO. 2:17-cv-00356-JLR

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
T. (206) 682-5600

1  perform some additional searches requested by plaintiff and agreed to by Eddie Bauer.  The

2  parties have also agreed that Eddie Bauer will make a 30(b)(6) designee available for deposition

3  no later than <u>March 15, 2018</u>.  Accordingly, because Eddie Bauer's document production has

4  taken longer than the parties originally anticipated, the parties have agreed that it would be

5  beneficial to preparation of the case to adjust the case deadlines as follows: Deadline for

6  completion of class certification extended to <u>May 22, 2018</u>; and the deadline for Plaintiff's

7  Motion for class certification extended to Wednesday, <u>June 6, 2018</u>.

8        DATED this 8th day of February, 2018.

| TOUSLEY BRAIN STEPHENS PLLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: */s/ Kim D. Stephens* | |
| By: */s/ Chase C. Alvord* | By: */s/ Kathleen A. Nelson* |
| Kim D. Stephens, WSBA #11984 | By: */s/ Sarah E. Demaree* |
| kstephens@tousley.com | Kathleen A. Nelson, WSBA #22826 |
| Chase C. Alvord, WSBA #26080 | Email:  Kathleen.nelson@lewisbrisbois.com |
| calvord@tousley.com | Email:  sarah.demaree@lewisbrisbois.com |
| 1700 Seventh Avenue, Suite 2200 | 1111 Third Avenue, Suite 2700 |
| Seattle, Washington 98101 | Seattle, Washington 98101 |
| Telephone: 206.682.5600 | |
| | Gordon Calhoun |
| Joseph P. Guglielmo | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| SCOTT+SCOTT, ATTORNEYS AT LAW | 333 Bush Street |
| The Helmsley Building | San Francisco, California 94104 |
| 230 Park Avenue, 17th Floor | (213) 680-5141 |
| New York, NY 10169 | Email:  Gordon.calhoun@lewisbrisbois.com |
| Telephone: (212) 223-6444 | |
| jguglielmo@scott-scott.com | Dyanne Cho |
| | Jon P. Kardassakis |
| Erin G. Comite | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| Stephen J. Teti | 633 W. 5th Street, Ste. 4000 |
| SCOTT+SCOTT, ATTORNEYS AT LAW | Los Angeles, California 90071 |
| P.O. Box 192 | (213) 250-1800 |
| Colchester, CT 06415 | Email:  dyanne.cho@lewisbrisbois.com |
| Telephone: (860) 537-5537 | Email:  jon.karsassakis@lewisbrisbois.com |
| ecomite@scott-scott.com | |
| steti@scott-scott.com | ***Attorneys for Defendant Eddie Bauer*** |
| | |
| Gary F. Lynch | |
| Kevin Tucker | |

STIPULATED MOTION TO ALTER CLASS CERTIFICATION
SCHEDULE - 2
USDC WD WA NO. 2:17-cv-00356-JLR

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
T. (206) 682-5600

| | | |
|---|---|---|
| 1 | CARLSON LYNCH SWEET KILPELA<br>& CARPENTER, LLP | |
| 2 | 1133 Penn Avenue, 5th floor | |
| 3 | Pittsburg, PA 15212<br>Telephone: (412) 322-9243 | |
| 4 | glynch@carlsonlynch.com<br>ktucker@carlsonlynch.com | |
| 5 | | |
| 6 | Karen H. Riebel<br>Kate Baxter-Kauf | |
| 7 | LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue S., Suite 2200 | |
| 8 | Minneapolis, MN 55401<br>Telephone: (612) 339-6900 | |
| 9 | Facsimile: (612) 339-0981<br>khriebel@locklaw.com | |
| 10 | kmbaxter@locklaw.com | |
| 11 | | |
| 12 | Arthur M. Murray<br>MURRAY LAW FIRM | |
| 13 | 650 Poydras St., Suite 2150<br>New Orleans, LA 70130 | |
| 14 | Telephone: (504) 525-8100<br>amurray@murray-lawfirm.com | |
| 15 | | |
| 16 | Brian C. Gudmundson<br>ZIMMERMAN REED, LLP | |
| 17 | 1100 IDS Center, 80 South 8th St.<br>Minneapolis, MN 55402 | |
| 18 | Telephone: (612) 341-0400<br>brian.gudmundson@zimmreed.com | |
| 19 | | |
| 20 | Bryan L. Bleichner<br>CHESTNUT CAMBRONNE PA | |
| 21 | 17 Washington Avenue North, Suite 300<br>Minneapolis, MN 55401 | |
| 22 | Telephone: (612) 339-7300<br>bbleichner@chestnutcambronne.com | |
| 23 | | |
| 24 | *Attorneys for Plaintiff Veridian Credit<br>Union* | |

25  The court GRANTS the stipulated motion (Dkt. #78) and DIRECTS

26  the Clerk to cancel the February 13, 2018, telephone

27  conference (see 2/6/18 Dkt. Entry).

STIPULATED MOTION TO ALTER CLASS CERTIFICATION
SCHEDULE - 3
USDC WD WA NO. 2:17-cv-00356-JLR

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
T. (206) 682-5600

1      IT IS SO ORDERED.

2      Dated this 9th day of February, 2018.

3

4      _____

5                James L. Robart
                 UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION TO ALTER CLASS CERTIFICATION
SCHEDULE - 4
USDC WD WA NO. 2:17-cv-00356-JLR

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
T. (206) 682-5600