UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERIDIAN CREDIT UNION,<br><br>                Plaintiff,<br>     v.<br><br>EDDIE BAUER LLC,<br><br>                Defendant. | CASE NO. C17-0356JLR<br><br>ORDER |

After the court struck Plaintiff Veridian Credit Union's ("Veridian") improperly filed motion to compel (*see* 4/26/18 Order (Dkt. # 89)), counsel for Veridian contacted the court to request a discovery conference. In lieu of scheduling such a conference at this time, the court ORDERS Defendant Eddie Bauer LLC ("Eddie Bauer") to respond to the motion no later than Monday, May 7, 2018, at 5:00 p.m. subject to the page limitations provided in the District's Local Civil Rules. *See* Local Rules W.D. Wash. LCR 7(e). After Eddie Bauer files its response, the court ORDERS the parties to meet and confer and attempt to resolve the issues raised in the motion without further

intervention from the court. After the meet and confer, but no later than Friday, May 11, 2018, at 5:00 p.m., the court ORDERS each party to file a supplemental brief of no more than two (2) pages informing the court what, if any, discovery disputes remain. In their supplemental briefs, the parties may not raise any issues not presented in Veridian's motion to compel. If the parties agree on what disputes remain, they may jointly file a single two-page brief.

Dated this 27th day of April, 2018.

JAMES L. ROBART
United States District Judge