Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VERIDIAN CREDIT UNION, on behalf of itself and a class of similarly situated financial institutions,<br><br>Plaintiff,<br>v.<br><br>EDDIE BAUER LLC,<br><br>Defendant. | NO. 2:17-cv-00356 (JLR)<br><br>[~~PROPOSED~~] ORDER RE MOTION TO SEAL |

THIS MATTER, having come before the undersigned Judge of the above-entitled Court upon Plaintiff's Motion to Seal pursuant to LCR 5(g), and the Court having reviewed the submission, it is hereby ORDERED, ADJUDGED, and DECREED, that the Motion is GRANTED.

- Exhibit 4 to the Declaration of Joseph P. Guglielmo in Support of the Motion to Compel (Dkt. # 93-1) is hereby sealed.

IT IS SO ORDERED.

Dated this 7th day of May, 2018.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE MOTION TO SEAL - 1
USDC WD WA NO. 2:17-cv-00356-JLR

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
206.682.5600

1  Presented by:

2  TOUSLEY BRAIN STEPHENS PLLC

3  By: /s/ Kim D. Stephens
   Kim D. Stephens, WSBA #11984
4  Chase C. Alvord, WSBA #26080
   1700 Seventh Avenue, Suite 2200
5  Seattle, Washington 98101
   Telephone: (206) 682-5600
6  Facsimile: (206) 682-2992
   kstephens@tousley.com
7  calvord@tousley.com

8  Joseph P. Guglielmo
   SCOTT+SCOTT ATTORNEYS AT LAW LLP
9  The Helmsley Building
   230 Park Avenue, 17th Floor
10 New York, NY 10169
   Telephone: (212) 223-6444
11 Facsimile: (212) 223-6334
   jguglielmo@scott-scott.com
12
   Erin G. Comite
13 SCOTT+SCOTT ATTORNEYS AT LAW LLP
   156 South Main Street
14 P.O. Box 192
   Colchester, CT 06415
15 Telephone: (860) 537-5537
   Facsimile: (860) 537-4432
16 ecomite@scott-scott.com

17 Gary F. Lynch
   CARLSON LYNCH SWEET KILPELA
18 & CARPENTER, LLP
   1133 Penn Avenue, 5th floor
19 Pittsburg, PA 15212
   Telephone: (412) 322-9243
20 Facsimile: (412) 231-0246
   glynch@carlsonlynch.com
21
   Karen H. Riebel
22 Kate Baxter-Kauf
   LOCKRIDGE GRINDAL NAUEN P.L.L.P.
23 100 Washington Avenue S., Suite 2200
   Minneapolis, MN 55401
24 Telephone: (612) 339-6900
   Facsimile: (612) 339-0981
25 khriebel@locklaw.com
   kmbaxter@locklaw.com
26

27

[PROPOSED] ORDER RE MOTION TO SEAL – 2
USDC WD WA NO. 2:17-cv-00356-JLR

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
206.682.5600

1  Arthur M. Murray
   MURRAY LAW FIRM
2  650 Poydras St., Suite 2150
   New Orleans, LA 70130
3  Telephone: (504) 525-8100
   Facsimile:  (504) 284-5249
4  amurray@murray-lawfirm.com

5  Brian C. Gudmundson
   ZIMMERMAN REED, LLP
6  1100 IDS Center, 80 South 8th St.
   Minneapolis, MN 55402
7  Telephone: (612) 341-0400
   Facsimile:  (612) 341-0844
8  brian.gudmundson@zimmreed.com

9  Bryan L. Bleichner
   CHESTNUT CAMBRONNE PA
10 17 Washington Avenue North, Suite 300
   Minneapolis, MN 55401
11 Telephone: (612) 339-7300
   Facsimile:  (612) 336-2921
12 bbleichner@chestnutcambronne.com

13 *Attorneys for Plaintiff Veridian Credit Union*

14
15
16
17
18
19
20
21
22
23
24
25
26
27

[PROPOSED] ORDER RE MOTION TO SEAL – 3
USDC WD WA NO. 2:17-cv-00356-JLR

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
206.682.5600