Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERIDIAN CREDIT UNION, on behalf of itself and a class of similarly situated financial institutions,<br><br>Plaintiff,<br>v.<br><br>EDDIE BAUER LLC,<br><br>Defendant. | NO. 2:17-cv-00356 (JLR)<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO ALTER CLASS CERTIFICATION SCHEDULE |

THIS MATTER, having come before the undersigned Judge of the above-entitled Court upon the parties' Stipulation Motion to Alter Class Certification Schedule pursuant to LCR 7(d)(1) (the "Motion"), and the Court having reviewed the submission, it is hereby ORDERED, ADJUDGED, and DECREED, that the Motion is GRANTED.

- Discovery relating to Plaintiff's class certification motion is to be completed by July 13, 2018.
- Plaintiff's motion for class certification is due by August 10, 2018.
- Eddie Bauer's opposition to class certification is due by October 10, 2018.
- Plaintiff's reply to its motion for class certification is due by Friday November 12, 2018.

IT IS SO ORDERED.

Dated this 18th day of May, 2018

STIPULATED MOTION TO ALTER – 1
CLASS CERTIFICATION SCHEDULE
USDC WD WA NO. 2:17-cv-00356-JLR

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
206.682.5600

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO ALTER – 2
CLASS CERTIFICATION SCHEDULE
USDC WD WA NO. 2:17-cv-00356-JLR

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
206.682.5600