UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERIDIAN CREDIT UNION, | CASE NO. C17-0356JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| EDDIE BAUER LLC, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is the parties' stipulated motion to alter the class certification schedule and their request for a telephonic conference. (Stip. Mot. (Dkt. # 102).) The court ORDERS the parties to appear for a telephonic conference on Monday, July 9, 2018, at 11:00 a.m. The Courtroom Deputy will provide the parties instructions for

//

//

appearing at the telephonic conference. The court further DIRECTS the Clerk to renote the stipulated motion for Monday, July 9, 2018.

Filed and entered this 2nd day of July, 2018.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2