UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERIDIAN CREDIT UNION,<br><br>Plaintiff,<br><br>v.<br><br>EDDIE BAUER, LLC,<br><br>Defendant. | CASE NO. C17-0356JLR<br><br>ORDER |

Pursuant to the court's scheduling order (Am. Sched. Order (Dkt. # 58) at 2), counsel for Defendant Eddie Bauer, LLC contacted the court to request a conference regarding two categories of discovery requests: (1) requests for production related to the identification of certain individuals and associated documents, which are withheld on the basis of the work product privilege; and (2) requests for production related to another data breach, which are withheld on the basis that they are not within Plaintiff Veridian Credit Union's custody or control. The court ORDERS the parties to file separate statements of no more than three (3) pages further explaining the nature of the discovery

dispute, setting forth the standard for the discovery of such materials and the basis for withholding those materials, and providing brief argument in support of the parties' positions. The parties must file their statements no later than Wednesday, July 25, 2018, at 4:00 p.m. After the court reviews the parties' statements, the court will inform the parties of next steps for resolving this dispute.

Dated this 23rd day of July, 2018.

JAMES L. ROBART
United States District Judge