UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERIDIAN CREDIT UNION,<br><br>Plaintiff,<br><br>v.<br><br>EDDIE BAUER LLC,<br><br>Defendant. | CASE NO. C17-0356JLR<br><br>ORDER |

After counsel for Defendant Eddie Bauer LLC ("Eddie Bauer") contacted the court to request a discovery conference, the court ordered the parties to file short statements providing additional information about the dispute. (*See* 7/23/18 Order (Dkt. # 106).) Based on their statements, the court confirms that the requests for production ("RFPs") about an unrelated data breach are no longer at issue. (*See* Pl. Statement (Dkt. # 107) at 2 n.1; Def. Statement (Dkt. # 108) at 2.) To resolve the remaining disputed issue—whether RFPs 18 and 19 implicate the attorney-client privilege and/or the work-product privilege—the court requires additional briefing. (*See* Pl. Statement at 3-4;

Def. Statement at 2-4.)  Thus, the court ORDERS Eddie Bauer to file an appropriate discovery motion, noted according to Local Civil Rule 7(d)(3).[1]  *See* Local Rules W.D. Wash. LCR 7(d)(3).  Plaintiff Veridian Credit Union ("Veridian") must respond in accordance with Local Civil Rule 7(b)(2).  *See* Local Rules W.D. Wash. LCR 7(b)(2).  The court further ORDERS the parties to meet and confer between the time Veridian files its response and the noting date of the motion to attempt to resolve the dispute.  After the meet and confer but no later than the noting date, the court ORDERS each party to file a supplemental brief of no more than two (2) pages informing the court what issues, if any, remain in dispute.  The parties may not raise issues not presented in Eddie Bauer's motion, and Eddie Bauer's supplemental brief will take the place of a typical reply brief.  *See* Local Rules W.D. Wash. LCR 7(b)(3).  If the parties agree on the issues, they may jointly file a single two-page brief.

   Dated this 26th day of July, 2018.

JAMES L. ROBART
United States District Judge

---

[1] In deciding when to file its motion, Eddie Bauer should allow enough time for the motion to note and the court to rule before the class discovery deadline on September 28, 2018. (*See* 7/9/18 Min. Entry (Dkt. # 104).)