# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VERIDIAN CREDIT UNION,<br><br>Plaintiff,<br><br>v.<br><br>EDDIE BAUER LLC,<br><br>Defendant. | CASE NO. C17-0356JLR<br><br>ORDER |

On July 9, 2018, the court held a telephonic conference on the parties' fifth stipulated motion to alter the class certification schedule. (*See* 7/9/18 Min. Entry (Dkt. # 104); *see also* 5th Stip. (Dkt. # 102).) At the conference, the court granted the motion to alter the class certification schedule and, among other things, ordered Defendant Eddie Bauer, LLC to produce its privilege log by July 16, 2018. (*See* 7/9/18 Min. Entry.)

On July 31, 2018, counsel for Plaintiff Veridian Credit Union ("Veridian") contacted the court about the privilege log. First, Veridian requests that Eddie Bauer produce the log in a native format rather than PDF. And second, Veridian disputes

ORDER - 1

several thousand of Eddie Bauer's 40,000 claims of privilege. Counsel for Veridian stated that before contacting the court, he made three separate attempts to discuss those matters with Eddie Bauer's counsel but received no response.

To address the foregoing dispute, the court ORDERS the parties to file separate statements of no more than three (3) pages. The statements must (1) address specifically the claim that Veridian's counsel contacted Eddie Bauer's counsel three times regarding this dispute and received no response, (2) explain the nature of the discovery dispute, (3) set forth concisely the standard for the asserted privileges, and (4) provide brief argument in support of the parties' positions. The parties must file their statements no later than Thursday, August 2, 2018, at 4:00 p.m. After the court reviews the parties' statements, the court will inform the parties of next steps for resolving the dispute.[1] The court will consider appropriate sanctions for the willful refusal to meet and confer regarding discovery disputes.

Dated this 31st day of July, 2018.

JAMES L. ROBART
United States District Judge

---

[1] This order does not affect the court's July 26, 2018, order regarding a different discovery dispute Eddie Bauer raised with the court. (*See* 7/26/18 Order (Dkt. # 110).)