Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VERIDIAN CREDIT UNION, on behalf of itself and a class of similarly situated financial institutions,<br><br>　　　　Plaintiff,<br>　v.<br>EDDIE BAUER LLC,<br>　　　　Defendant. | No. 2:17-cv-00356-JLR<br><br>STIPULATION AND AGREED ORDER CONTINUING DEADLINE FOR DEPOSITIONS<br><br>NOTED FOR HEARING ON:<br>September 21, 2018 |

## JOINT STIPULATION TO EXTEND TIME

Plaintiff Veridian Credit Union and Defendant Eddie Bauer LLC respectfully request that the deadline for conducting depositions be continued to October 11, 2018 to allow two non-party witness depositions to proceed. Specifically, Plaintiff has noted the deposition of witness Linda Allen, who will be deposed on October 2, 2019. Plaintiff and Defendant have noted the deposition of the persons most knowledgeable of witness Visa, Inc. and those two witnesses will be deposed on either October 10 or October 11, 2018. These depositions were scheduled after the discovery cutoff in order to accommodate the requests of the non-party witnesses. All other dates remain unchanged.

STIPULATION AND AGREED ORDER - 1
USDC WD WA NO. 2:17-cv-00356-JLR

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4817-9887-3715.1

| | | |
|---|---|---|
| 1 | September 21, 2018 | **Attorneys for Defendant** |

*s/Kathleen A. Nelson*
Kathleen A. Nelson, WSBA No. 22826

*s/Ethan A. Smith*
Ethan A. Smith, WSBA No. 50706

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
(206) 436-2020 / (206) 436-2030 Fax
E-mail:  kathleen.nelson@lewisbrisbois.com
             ethan.smith@lewisbrisbois.com

September 21, 2018                **Attorneys for Plaintiff**

*s/Kim D. Stephens*
Kim D. Stephens
Chase C. Alvord
Tousley Brain Stephens PLLC
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
kstephens@tousley.com
calvord@tousley.com
erashby@tousley.com
mwa@tousley.com
jmrozek@tousley.com

*s/Joseph P. Guglielmo*
Joseph P. Guglielmo
Scott + Scott, Attorneys at Law, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY  10169
jguglielmo@scott-scott.com
ksteinberger@scott-scott.com

STIPULATION AND AGREED ORDER - 2
USDC WD WA NO. 2:17-cv-00356-JLR

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4817-9887-3715.1

*s/Erin G. Comite*
Erin G. Comite
Scott + Scott, Attorneys at Law, LLP
156 South Main Street
Colchester, CT 06415
ecomite@scott-scott.com
kjager@scott-scott.com

*s/Gary F. Lynch*
Gary F. Lynch
Kevin W. Tucker
Carlson Lynch Sweet Kilpela & Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburg, PA 15212
ktucker@carlsonlynch.com
dhart@carlsonlynch.com
glynch@carlsonlynch.com
jetzel@carlsonlynch.com

*s/Karen H. Riebel*
Karen H. Riebel
Kate Baxter-Kauf
Lockridge Grindal Nauen, PLLP
100 Washington Avenue S., Suite 2200
Minneapolis, MN 55401
kmbaxter-kauf@locklaw.com
khriebel@locklaw.com
crjohnson@locklaw.com
amraak@locklaw.com
arpederson@locklaw.com

*s/Bryan L. Bleichner*
Bryan L. Bleichner
Christopher P. Renz
Chestnut Cambronne
17 Washington Avenue North, Suite 300
Minneapolis, MN 55401
bbleichner@chestnutcambronne.com
dproulx@chestnutcambronne.com
crenz@chestnutcambronne.com
jheckman@chestnutcambronne.com

STIPULATION AND AGREED ORDER - 3
USDC WD WA NO. 2:17-cv-00356-JLR

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4817-9887-3715.1

*s/Arthur M. Murray*
Arthur M. Murray
Caroline Thomas White
Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, LA 70130
amurray@murray-lawfirm.com
cthomas@murray-lawfirm.com
cfitzgerald@murray-lawfirm.com
cdimaggio@murray-lawfirm.com

*s/Brian C. Gudmundson*
Brian C. Gudmundson
Zimmerman Reed - Minneapolis
80 South 8th Street, Suite 1100
Minneapolis, MN 55402
brian.gudmundson@zimmreed.com
leslie.harms@zimmreed.com

*s/Sean C. Russell*
Sean C. Russell
Scott + Scott, Attorneys at Law, LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
sean.russell@scott-scott.com

STIPULATION AND AGREED ORDER - 4
USDC WD WA NO. 2:17-cv-00356-JLR

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4817-9887-3715.1

Case 2:17-cv-00356-JLR   Document 129   Filed 09/21/18   Page 5 of 5

## ORDER

Based on the foregoing Stipulation, it is hereby ORDERED, for good cause shown, that the deadline for conducting depositions be continued to October 11, 2018.

DATED this 21st day of September, 2018, at Seattle, Washington.

_____
The Honorable James L. Robart

Presented by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

*s/Kathleen A. Nelson*
Kathleen A. Nelson, WSBA No. 22826
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
(206) 436-2020 / (206) 436-2030 Fax
E-mail: kathleen.nelson@lewisbrisbois.com
Attorneys for Defendant

STIPULATION AND AGREED ORDER - 5
USDC WD WA NO. 2:17-cv-00356-JLR

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4817-9887-3715.1