UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| VERIDIAN CREDIT UNION, | CASE NO. C17-0356JLR |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| EDDIE BAUER, LLC, | |
| Defendant. | |

The court has reviewed the parties' statements addressing numerous discovery disputes (*see* Pl. Statement (Dkt. # 132); Def. Statement (Dkt. # 133)), as well as over 90 pages of exhibits (*see* Dkt. ## 132-1–132-6). In light of these submissions, the court ORDERS full briefing on these issues pursuant to the local rules. *See* Local Rules W.D. Wash. LCR 7(d)(3), 7(e). Defendant Eddie Bauer, LLC's ("Eddie Bauer") motion is due no later than Thursday, October 4, 2018. Plaintiff Veridian Credit Union's response is due no later than Monday, October 15, 2018. *See id.* LCR(d)(3). Eddie Bauer's reply is due no later than Friday, October 19, 2018. *See id.* The court SCHEDULES a hearing

ORDER - 1

on the motion on Thursday, November 1, 2018, at 9:00 a.m. The court further STAYS the class certification deadlines pending resolution of these issues. (*See* Min. Entry (Dkt. # 104).)

Dated this 27th day of September, 2018.

JAMES L. ROBART
United States District Judge