UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERIDIAN CREDIT UNION, | CASE NO. C17-0356JLR |
| Plaintiff, | ORDER |
| v. | |
| EDDIE BAUER, LLC, | |
| Defendant. | |

On September 27, 2018, the parties submitted statements to the court that addressed many outstanding discovery disputes (*see* Def. Statement (Dkt. # 132); Pl. Statement (Dkt. # 133)), as well as over 90 pages of exhibits (*see* Dkt. ## 132-1–132-6). The parties' statements reveal disputes over at least 25 requests for production. (*See* Def. Statement at 2-3; Pl. Statement at 2-3.) The court has ordered the parties to fully brief this issue. (*See* Order (Dkt. # 134) at 1.) The parties have already filed numerous briefs regarding discovery issues in this case. (*See, e.g.*, 1/19/18 MTC (Dkt. # 74); 4/26/18 MTC (Dkt. # 85); 7/25/18 Pl. Statement (Dkt. # 107); 7/25/18 Def. Statement (Dkt.

1 | # 108); 8/2/18 Def. Statement (Dkt. # 112); 8/2/18 Pl. Statement (Dkt. # 113); 8/2/18

2 | MTC (Dkt. # 115).)  The most recent discovery dispute has caused the court to stay class

3 | certification deadlines.  (*See* Order at 2.)

4 | In light of these developments, the court intends to appoint Michelle Peterson,

5 | WSBA No. 33598, as a special master to oversee selected discovery issues in this matter.

6 | *See* Fed. R. Civ. P. 53.  The special master, whether Ms. Peterson or otherwise, will bill

7 | monthly using his or her standard rate.  Invoices will be paid 50%-50% by Plaintiff

8 | Veridian Credit Union and Defendant Eddie Bauer within 30 days.  Special master

9 | expenses may be submitted for consideration as a taxable cost at the conclusion of the

10 | case.  The court ORDERS any party that opposes such appointment to file a brief not to

11 | exceed three pages no later than October 8, 2018.

12 | Dated this 1st day of October, 2018.

13 |

14 | JAMES L. ROBART
    United States District Judge

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

ORDER - 2