UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERIDIAN CREDIT UNION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>EDDIE BAUER, LLC,<br><br>　　　　　　　Defendant. | CASE NO. C17-0356JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

//

//

//

//

//

//

MINUTE ORDER - 1

As explained in the Special Master's Report and Recommendation (*see* R&R (Dkt. # 146)), Defendant Eddie Bauer, LLC's ("Eddie Bauer") attorney fee declaration must be filed by January 10, 2019. Any response to Eddie Bauer's attorney fee declaration must be filed by January 18, 2019.

Filed and entered this 2nd day of January, 2019.

        WILLIAM M. MCCOOL
        Clerk of Court

        s/ Ashleigh Drecktrah
        Deputy Clerk