Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERIDIAN CREDIT UNION, on behalf of itself and a class of similarly situated financial institutions,<br><br>    Plaintiff,<br><br>v.<br><br>EDDIE BAUER LLC,<br><br>    Defendant. | NO. 2:17-cv-00356-JLR<br><br>STIPULATED MOTION AND <s>(PROPOSED)</s> ORDER TO VACATE PENDING DEADLINES, STAY CASE PENDING MEDIATION, AND ORDERING PARTIES TO FILE JOINT STATUS REPORT<br><br>NOTE ON MOTION CALENDAR: JANUARY 11, 2019 |

The parties have agreed to mediate this case on February 15, 2019 before Judge Jay Ghandi (Ret) of JAMS and therefore submit this stipulated motion requesting that, in the interest of judicial and litigant economy, the Court vacate all pending deadlines—including objections to and decisions on the Special Master's Report and Recommendation (Dkt. #146)—and stay the case pending the mediation. The parties agree that they will file a status report within <s>fourteen</s> seven (7) days of completion of the mediation.

STIPULATED MOTION AND (PROPOSED) ORDER
TO VACATE PENDING DEADLINES, STAY CASE PENDING
MEDIATION, AND ORDERING PARTIES TO FILE JOINT
STATUS REPORT (2:17-cv-00356-JLR) - 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1

2        DATED this 11th day of January, 2019.

3

4  TOUSLEY BRAIN STEPHENS PLLC          LEWIS BRISBOIS BISGAARD &
                                        SMITH LLP
5
   By: /s/ Kim D. Stephens              By: s/ Kathleen A. Nelson
6  Kim D. Stephens, WSBA #11984         Kathleen A. Nelson, WSBA #22826
   kstephens@tousley.com                Kathleen.nelson@lewisbrisbois.com
7                                       1111 Third Avenue, Suite 2700
   By: /s/ Chase C. Alvord              Seattle, WA 98101
8  Chase C. Alvord, WSBA #26080         Tel: 206.436.2020/Fax: 206.436.2030
9  calvord@tousley.com                  *Attorneys for Eddie Bauer*
   1700 Seventh Avenue, Suite 2200
10 Seattle, Washington 98101
   Tel: 206.682.5600/Fax: 206.682.2992
11

12 Joseph P. Guglielmo, admitted *pro hac vice*
   jguglielmo@scott-scott.com
13 SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
   The Helmsley Building
14 230 Park Avenue, 17th Floor
   New York, NY 10169
15 Tel: (212) 223-6444/Fx: (212) 223-6334

16
   Gary F. Lynch, admitted *pro hac vice*
17 gylnch@carlsonlynch.com
   CARLSON LYNCH SWEET KILPELA
18 & CARPENTER, LLP
   1133 Penn Avenue, 5th floor
19 Pittsburg, PA 15212
20 Tel: (412) 322-9243/Fax: (412) 231-0246

21 Karen H. Riebel, admitted *pro hac vice*
   khriebel@locklaw.com
22 Kate Baxter-Kauf, admitted *pro hac vice*
   kmbaxter@locklaw.com
23 LOCKRIDGE GRINDAL NAUEN P.L.L.P.
24 100 Washington Avenue S., Suite 2200
   Minneapolis, MN 55401
25 Tel: (612) 339-6900/Fax: (612) 339-0981
   *Attorneys for Plaintiff Veridian Credit Union*
26

27

STIPULATED MOTION AND (PROPOSED) ORDER                   TOUSLEY BRAIN STEPHENS PLLC
TO VACATE PENDING DEADLINES, STAY CASE PENDING              1700 Seventh Avenue, Suite 2200
MEDIATION, AND ORDERING PARTIES TO FILE JOINT                  Seattle, Washington 98101
STATUS REPORT (2:17-cv-00356-JLR) - 2                      TEL. 206.682.5600 • FAX 206.682.2992

**ORDER**

It is so Ordered. All pending deadlines are vacated and the case is stayed until ~~March 1,~~ February 22, 2019, at which time the Parties shall file a joint status report.

_____
James L. Robart
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND (PROPOSED) ORDER
TO VACATE PENDING DEADLINES, STAY CASE PENDING
MEDIATION, AND ORDERING PARTIES TO FILE JOINT
STATUS REPORT (2:17-cv-00356-JLR) - 3

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992