UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERIDIAN CREDIT UNION,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>EDDIE BAUER, LLC,<br><br>　　　　　　　　　Defendant. | CASE NO. C17-0356JLR<br><br>ORDER WITHDRAWING SPECIAL MASTER APPOINTMENT |

In light of the United States District Court for the Western District of Washington's selection of Michelle Peterson as a magistrate judge, with her term beginning on March 1, 2019, the court intends to withdraw Ms. Peterson's appointment as special master in this case on February 25, 2019. (*See generally* Appointment Order (Dkt. # 139).) If the parties continue to require assistance with their discovery-related issues, the court intends to refer these issues to Ms. Peterson after March 1, 2019, in her role as magistrate judge. Pursuant to the court's order appointing Ms. Peterson as special master (*see* Appointment Order at 5), the court ORDERS any party that wishes to

respond to the court's plan to file a brief not to exceed three pages no later than February 22, 2019.

Dated this 6th day of February, 2019.

JAMES L. ROBART
United States District Judge