UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERIDIAN CREDIT UNION,<br><br>                Plaintiff,<br>    v.<br><br>EDDIE BAUER, LLC,<br><br>                Defendant. | CASE NO. C17-0356JLR<br><br>ORDER |

Before the court is the parties' joint status report, in which the parties explain that they "are working on a Settlement Agreement" and request that they "be allowed to finalize the settlement, and file a motion for preliminary approval of the settlement by April 5, 2019." (JSR (Dkt. # 155) at 2.) In light of these representations, the court ORDERS that, no later than April 5, 2019, the parties file either a motion for preliminary

//

//

//

approval of the settlement or, if the parties are unable to file such a motion by that date, a joint status report explaining the status of this matter.

Dated this 28th day of February, 2019.

JAMES L. ROBART
United States District Judge