THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERIDIAN CREDIT UNION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EDDIE BAUER, LLC, ) <br> ) <br> Defendant. ) <br> ) | Case No. 17-cv-0356 JLR <br><br> **NOTICE** |

On October 10, 2018, the Court appointed Michelle Peterson to serve as special master in this case. (*See* Dkt. # 139 (Order Appointing Special Master).) Pursuant to the Order and Fed. R. Civ. P. 53(b)(2)(E), the Court set forth in its Order the basis, terms, and procedure for fixing the compensation for the special master. The terms included a direction that, "in the absence of a challenge, the parties shall pay the Special Master's invoices within fourteen (14) days of receipt." (*Id.* at 5, ¶ 10.)

On February 4, 2019, the special master sent the parties a final invoice for all work performed as a special master, the final invoice included a past due amount.

NOTICE- 1

**MICHELLE PETERSON LAW, PLLC**
1420 FIFTH AVENUE, SUITE 2200
SEATTLE, WA 98101

1  Neither party challenged the invoice pursuant to the Court's Order Appointing Special
2  Master (dkt. # 139). Plaintiff paid the past due amount and the final invoice amount.
3  Defendant paid the past due amount but has not provided payment for the final invoice.
4
5  The special master has inquired as to the status of payment from defendant but has only
6  been advised that they are working on payment.
7     The special master has advised the parties that she was notifying the Court of the
8  nonpayment and would seek its assistance in resolving the issue.
9
10    DATED this 19th day of March, 2019.
11                                  MICHELLE PETERSON LAW, PLLC
12
13                              By  _____
                                    Michelle Peterson, WSBA No. 33598
14                                  Special Master

NOTICE- 2