UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERIDIAN CREDIT UNION,<br><br>                Plaintiff,<br>    v.<br><br>EDDIE BAUER LLC,<br><br>                Defendant. | CASE NO. C17-0356JLR<br><br>ORDER |

On February 28, 2019, after the parties represented that they were working toward finalizing a settlement agreement (*See* 2/22/19 JSR (Dkt. # 155) at 2), the court ordered the parties to "file either a motion for preliminary approval of the settlement or . . . a joint status report explaining the status of this matter" no later than April 5, 2019 (Order at 1-2 (Dkt. # 156)). On April 4, 2019, the parties filed a joint status report in which they explained that they "expect to finalize the Settlement Agreement once they obtain data from certain third parties," and requested an extension until April 26, 2019, to file their motion for preliminary approval of the settlement. (4/4/19 JSR (Dkt. # 161) at 2.) In

ORDER - 1

light of these representations, the court ORDERS that, no later than April 26, 2019, the parties file either a motion for preliminary approval of the settlement or, if the parties are unable to file such a motion by that date, a joint status report explaining the status of this matter.

Dated this 9th day of April, 2019.

JAMES L. ROBART
United States District Judge