Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VERIDIAN CREDIT UNION, on behalf of itself and a class of similarly situated financial institutions,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>EDDIE BAUER LLC,<br><br>　　　　　　　　Defendant. | No. 2:17-cv-00356-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION SEEKING ORDER APPROVING (1) FINAL ACCOUNTING OF SETTLEMENT PROCEEDS; AND (2) DISTRIBUTION OF RESIDUAL FUNDS TO *CY PRES* BENEFICIARY<br><br>NOTE ON MOTION CALENDAR: NOVEMBER 18, 2022 |

[~~PROPOSED~~] ORDER APPROVING PLAINTIFF'S MOTION SEEKING ORDER APPROVING FINAL ACCOUNTING AND CY PRES AWARD
USDC WD WA NO. 2:17-cv-00356-JLR

1

Plaintiff has moved this Court for an Order Approving Final Accounting of Settlement Proceeds and Distribution of Residual Funds to *Cy Pres* Beneficiary. After due consideration and good cause appearing therefore:

The Court hereby GRANTS the Motion. The final accounting of the distribution of the Settlement Fund to Class Members is approved. The Court further orders that, pursuant to the Stipulation and Agreement of Settlement dated April 26, 2019 that was finally approved by this Court on October 25, 2019, the Supplemental Remainder of the Settlement Fund in the amount of $558.00 be distributed promptly to Legal Foundation of Washington, the *cy pres* beneficiary designated by Plaintiffs.

Dated: 3 November 2022

_____
Hon. James L. Robart
UNITED STATES DISTRICT COURT JUDGE

PROPOSED ORDER APPROVING PLAINTIFF'S
MOTION SEEKING ORDER APPROVING
FINAL ACCOUNTING AND
CY PRES AWARD
USDC WD WA NO. 2:17-cv-00356-JLR

2